JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v.-                            :        INDICTMENT

ALEX ROWSER,                        :        07 CRIM. 773
    a/k/a "Alazai,"
                                    :
    Defendant.
                                    :
- - - - - - - - - - - - - - - - x

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 16 2007

COUNT ONE

The Grand Jury charges:

1. On or about July 5, 2007, in the Southern District of New York and elsewhere, ALEX ROWSER, a/k/a "Alazai," the defendant, and others known and unknown, not being a licensed importer, licensed manufacturer, and licensed dealer, unlawfully, willfully, and knowingly, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, ROWSER, not being a licensed importer, manufacturer, or dealer, sold seven firearms that had been transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).)

COUNT TWO

The Grand Jury further charges:

2. On or about July 5, 2007, in the Southern District of New York, ALEX ROWSER, a/k/a "Alazai," the defendant, unlawfully, willfully, and knowingly, and after having been convicted in a court of a crime punishable by imprisonment for a

term exceeding one year, to wit, a conviction on or about March 2, 2005, in Bronx County Supreme Court, for Criminal Contempt in the First Degree, a Class E Felony, did possess in and affecting commerce firearms, to wit, one 9MM Hi-Point firearm, one .380 Hi-Point pistol, two .380 ACP pistols, one .22 caliber long rifle automatic pistol, one .22 Magnum, and one .38 Falcon special revolver, which had all been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEX ROWSER,
a/k/a "Alazai,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(a)(1)(A),
 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
                Foreperson.

8/16/07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Keenan.
Peck, MJ.