

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2007

**VIA HAND**

The Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



      Re:    United States v. Alex Rowser,
              07 Cr. 773 (JFK)

Dear Judge Keenan:

      Defendant in the above-captioned matter was arrested and presented before Magistrate Judge Henry B. Pitman on August 1, 2007. The defendant was released under the following bail conditions: $100,000 PRB, co-signed by two financially responsible persons and secured by $500 cash/property; travel restricted to the Southern and Eastern Districts of New York; surrender of travel documents and no new travel applications; strict pretrial supervision; and drug testing/treatment. On August 16, 2007, a Grand Jury sitting in this District returned a two-count Indictment charging the defendant with dealing in firearms without a license and felon in possession of firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A) and 922(g)(1). The case was assigned to Your Honor. I am enclosing with this letter a copy of the Indictment.

      The arraignment, which Your Honor's Deputy referred to Magistrate Court, is scheduled for tomorrow, August 23, 2007. The parties' initial pre-trial conference before Your Honor is scheduled for September 5, 2007, at 10:30 a.m. In the meantime, the Government plans to begin preparing discovery under Rule 16 of the Federal Rules of Criminal Procedure, and thus respectfully requests, without any objection from defense counsel, that the Court exclude time under the Speedy Trial Act until September 5, 2007, because the ends of justice served by



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-6-07

The Honorable John F. Keenan
August 22, 2007
Page 2



excluding time under the Speedy Trial Act outweigh the best interest the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By:    Chi T. Steve Kwok
       Assistant United States Attorney
       Telephone:  (212) 637-2415
       Facsimile:   (212) 637-2527

cc:    Joseph A. Grob (by fax)
       *Counsel to Alex Rowser*

```
Request granted.  Time is excluded under the Speedy Trial Act
for the reasons set forth in the letter above until September 5, 2007.

SO ORDERED.

Dated:   New York, New York
         September  4 , 2007
```

        John F. Keenan
        U.S.D.J.