U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2007

**BY FAX**

The Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-07

Re:   United States v. Alex Rowser,
      07 Cr. 773 (JFK)

Dear Judge Keenan:

Your Honor has previously scheduled a pretrial conference in the above-captioned matter for next Tuesday, October 23, 2007, at 9:30 a.m. The Government and the defense jointly request that the pretrial conference be continued until November 15, 2007. The parties have conferred multiple times in the past few weeks and have been engaged in active discussions about a possible disposition of this case. A four-week adjournment will allow the parties to finalize those discussions.

The Government respectfully requests, without any objection from defense counsel Joseph A. Grob, with whom I spoke today, that the Court exclude time under the Speedy Trial Act until November 15, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

The conference is adjourned
until November 13 at 10:30am.
Time is excluded until then.
SO ORDERED.
10/19/07
/s/ John F. Keenan
U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Telephone:  (212) 637-2415
Facsimile:   (212) 637-2527

cc:   Joseph A. Grob (by fax)
      *Counsel to Alex Rowser*