# GOLDBERG RIMBERG & FRIEDLANDER PLLC

*Attorneys at Law*
115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250 x349
Fax: (866) 651-3196 (Direct)

December 11, 2007

VIA FACSIMILE

Hon. John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re: United States v. Alex Rowser
          07 Cr. 00773 (JFK)

**MEMO ENDORSE**

Dear Judge Keenan:

     This firm represents defendant Alex Rowser in connection with this case. This letter is respectfully submitted on behalf of Mr. Rowser to request a modification of his bail conditions to allow him to travel (with his wife and daughter) to Winter Springs, Florida, for the Christmas holidays. If permitted to travel, Mr. Rowser would depart on December 22, 2007 and would return to New York on December 30, 2007. While in Florida, Mr. Rowser will be staying at the home of Gesna Shelton, 836 Big Buck Circle, Winter Springs, Fla. Ms. Shelton is Mr. Rowser's mother-in-law and her telephone number is 407-657-9807.

     I have spoken to Mr. Rowser's Pre-Trial Services Officer, Officer Marino, who advises me that Mr. Rowser has been in complete compliance with his pre-trial release conditions and that he has no objection to this request. I have also spoken with AUSA Steve Kwok who advises me that the Government has no objection to Mr. Rowser's request.

     Thank you in advance for Your Honor's consideration in this matter.

Very truly yours,

Joseph A. Grob

*Application granted.*

cc: AUSA Steve Kwok (By Hand)

*So ordered*
*December 12, 2007*

*John F. Keenan*
*U.S.D.J.*